UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24622-RAR

**JEAN-PHILIPPE SCHNEIDER**,

    Plaintiff,

v.

**PAUL A. MCKENNA**, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS CAUSE** comes before the Court upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") [ECF No. 2], filed on December 11, 2023, seeking to proceed *in forma pauperis*. The Court has carefully reviewed the Application, as well as the entire record, and is otherwise fully advised in the premises.

Courts may authorize a party to proceed *in forma pauperis* in any suit so long as the party complies with the prescriptions of 28 U.S.C. § 1915(a). The Court "has wide discretion in denying an application to proceed [*in forma pauperis*] under 28 U.S.C. § 1915. This is especially true, the rubric goes, in civil cases for damages, wherein the courts should grant the privilege sparingly." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 (11th Cir. 2004) (per curiam) (alteration added) (quoting *Flowers v. Turbine Support Div.*, 507 F.2d 1242, 1244 (5th Cir. 1972)). The Court's determination is limited to "whether the statements in the affidavit satisfy the requirement of poverty." *Id.* at 1307 (internal quotation marks omitted) (quoting *Watson v. Ault*, 525 F.2d 886, 891 (11th Cir. 1976)).

Upon review of the Application, the Court is satisfied that Plaintiff should be allowed to proceed *in forma pauperis*. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Application [ECF No. 2] is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of December, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**